1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9

10 | WILMINGTON SAVINGS FUND

Case No.:  2:20-cv-01484-MWF-KS

11 | SOCIETY, FSB, as successor
indenture trustee for the 6.875%

**ORDER GRANTING JOINT
MOTION TO PARTIALLY STAY
PROCEEDINGS TO JUNE 30, 2020**

12 | Senior Notes due 2019, the 8.25%
Senior Notes due 2019, and the
6.125% Senior Notes due 2034 of

13 | Nine West Holdings, Inc.,

14
Plaintiff,

15
vs.

16
RICHARD L. DICKSON, *et al*,

17
Defendants.

18

19

20     The Court having reviewed the *Joint Motion to Partially Stay Proceedings*

21 *Until June 30, 2020 and Memorandum of Points and Authorities in Support Thereof*

22 (the "Motion"), and for good cause shown,

23     IT IS ORDERED that The Motion is GRANTED and the hearing noticed for

24 June 8, 2020 is VACATED.  The time (a) for the defendants to answer, move, or

25 otherwise respond to the Complaint; (b) for the parties to engage in counsel and court

26 conferences pursuant to Rules 16(b) or 26(f); and (c) for the parties to make initial

27 disclosures pursuant to Rule 26(a)(1) are stayed until June 30, 2020.  The parties

28 may seek an additional extension or stay of the deadlines in advance of that date in

the event the Judicial Panel on Multidistrict Litigation has not ruled on the pending motion to transfer this action as of the time of such further request.

Dated:  May 11, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge